BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2760
Facsimile: (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br>    v.<br><br>ALVARO NUNEZ, sole proprietor,<br>dba BUTTONWILLOW TIRE,<br><br>    Respondent. | **VERIFIED PETITION TO ENFORCE INTERNAL REVENUE SERVICE SUMMONS**<br><br>**TAXPAYER:**<br>**ALVARO NUNEZ, Sole Proprietor,**<br>**dba BUTTONWILLOW TIRE** |

Petitioner, the UNITED STATES OF AMERICA, by its attorney, BENJAMIN B. WAGNER, United States Attorney for the Eastern District of California, alleges:

A.  JURISDICTION

1. Subject matter jurisdiction of this proceeding is given by 28 U.S.C. Sections 1340 (actions under the internal revenue laws) and 1345 (proceedings by the United States).  Under I.R.C. Sections 7402(b) and 7604(a), the United States Attorney has been authorized to bring this proceeding for judicial enforcement of Internal Revenue Service summonses.

///

///

## B. PARTIES

2. By personal knowledge and knowledge of applicable procedures, MICHAEL J. PAPASERGIA is a duly commissioned Revenue Officer employed in the Small Business/Self-Employed Division, California Area, Internal Revenue Service. He is authorized to issue an Internal Revenue Service summons under Internal Revenue Code Section 7602 (26 U.S.C.), Treasury Regulation Section 301.7602-1, 26 C.F.R. Section 301.7602-1, and Internal Revenue Service Delegation Order No. 4 (as revised).

3. By knowledge of the investigation, the respondent, ALVARO NUNEZ, sole proprietor, dba Buttonwillow Tire, 228 E. Front Street (228 State Hwy. 58), Buttonwillow, California 93206, is within the jurisdiction of this Court.

4. By personal knowledge, petitioning Revenue Officer MICHAEL J. PAPASERGIA is conducting an investigation of ALVARO NUNEZ, sole proprietor, dba BUTTONWILLOW TIRE, to determine financial information for the collection of assessed Employer's Federal Unemployment Tax (Form 940) for tax year ending December 31, 2008, and for the collection of assessed Employer's Federal Quarterly Tax (Form 941) for the tax periods ending December 31, 2008, March 31, 2009, June 30, 2009, September 30, 2009, December 31, 2009, March 31, 2010, June 30, 2010 and September 30, 2010. The assessed balance as of October 21, 2011, is approximately $35,357.

5. On information and belief, the respondent, ALVARO NUNEZ, is in possession and control of testimony, books, records, papers, and other data that may shed light on the matters to be ascertained in the above-described investigation.

6. By personal knowledge, on August 16, 2011, Revenue Officer MICHAEL J. PAPASERGIA issued an Internal Revenue Service summons directing the respondent, ALVARO NUNEZ, to appear before the Revenue Officer on September 15, 2011, at the hour of 11:00 a.m., at 4825 Coffee Road, Bakersfield, California 93308, to testify and to produce for examination the books, records, papers and other data described in the summons.

7. By personal knowledge, on August 19, 2011, Revenue Officer MICHAEL J. PAPASERGIA spoke with respondent ALVARO NUNEZ by phone.  At the request of Respondent ALVARO NUNEZ, RO Papasergia left an attested copy of the summons at respondent's business address (Buttonwillow Tire) of 228 State Hwy. 58, Buttonwillow, California 93206.  By personal knowledge and knowledge of the investigation, an accurate copy of the summons has been supplied for attachment hereto as Exhibit A to the petition.  This Exhibit is hereby adopted by reference.

8. By personal knowledge, respondent, ALVARO NUNEZ, did not appear on Septemter 15, 2011, in response to the summons, or otherwise respond to the summons by phone or in writing.  ALVARO NUNEZ has not appeared before Revenue Officer Papasergia as required by the summons.

9. By personal knowledge, respondent's above-described failure to comply with the summons continues to date.

10. By knowledge of the investigation, the testimony, books, records, papers and other data sought by the summons are not already in possession of the Internal Revenue Service.

11. By personal knowledge and knowledge of the investigation, the testimony and the books, records, papers and other data sought by the summons are necessary for the investigation of ALVARO NUNEZ, sole proprietor, dba BUTTONWILLOW TIRE, to determine financial information for the collection of assessed Employer's Federal Unemployment Tax (Form 940) for tax year ending December 31, 2008, and for the collection of assessed Employer's Federal Quarterly Tax (Form 941) for the tax periods ending December 31, 2008, March 31, 2009, June 30, 2009, September 30, 2009, December 31, 2009, March 31, 2010, June 30, 2010 and September 30, 2010.

12. By personal knowledge and knowledge of applicable procedures, all administrative steps required by the Internal Revenue Code of 1986 for the issuance of the summons have been taken.

WHEREFORE, petitioner respectfully prays:

1. That this Court enter an order directing respondent, ALVARO NUNEZ, to show cause, if any, why respondent should not comply with and obey the summons and each and every requirement thereof;

2. That this Court enter an order directing respondent, ALVARO NUNEZ, to obey the aforementioned Internal Revenue Service summons and each and every requirement thereof, by ordering the respondent's attendance, testimony, and production of the books, records, papers and other data required and called for by the terms of the summons, before Revenue Officer MICHAEL J. PAPASERGIA or any other proper officer or employee of the Internal Revenue Service;

3. That the United States recover its costs in maintaining this action; and

4. That this Court grant such other and further relief as is just and proper.

Date: May 3, 2012                    BENJAMIN B. WAGNER
                                     United States Attorney


                           By:    */s/ YHimel*
                                  YOSHINORI H. T. HIMEL
                                  Assistant United States Attorney

## VERIFICATION BY REVENUE OFFICER MICHAEL J. PAPASERGIA

Revenue Officer MICHAEL J. PAPASERGIA, pursuant to 28 U.S.C. § 1746 (a), verifies as follows:

1. I am the investigating Revenue Officer in this case.

2. Regarding the numbered paragraphs in this petition except for paragraph 1:

   a. If an allegation in those paragraphs is labeled "by personal knowledge," it is a matter that I know to be true from my own personal knowledge.

   b. If an allegation in those paragraphs is labeled "by knowledge of applicable procedures," it is a matter that I know to be true from my knowledge of Internal Revenue Service procedures.

   c. If an allegation in those paragraphs is labeled "by knowledge of the investigation," it is a matter of which I have been informed by oral or written communication within the investigation in suit, and it accords with my understanding of the facts of the case.

   d. If an allegation in that section is labeled "on information and belief," it is a matter of which I do not necessarily have personal knowledge, but it accords with my understanding of the facts of the case.

I verify under penalty of perjury that the foregoing is true and correct. Executed on May 2, 2012.

MICHAEL J. PAPASERGIA
Revenue Officer
Internal Revenue Service

Page 1 of 1



# Summons

## Collection Information Statement

In the matter of   ALVARO NUNEZ,  PO BOX 281,  BUTTONWILLOW, CA  93206-0281
Internal Revenue Service *(Identify Division)*  SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)*  SB/SE AREA 7 (27)
Periods:  See Attachment 1 to Summons Form 6637 for Period Information

The Commissioner of Internal Revenue

**To:**  ALVARO NUNEZ
**At:**  PO BOX 281,  BUTTONWILLOW, CA  93206-0281

You are hereby summoned and required to appear before  MICHAEL PAPASERGIA, an Internal Revenue Service *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From  01/01/2011   To  06/30/2011

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

4825 COFFEE ROAD,  BAKERSFIELD, CA  93308  (661) 328-4327

Place and time for appearance: At  4825 COFFEE ROAD,  BAKERSFIELD, CA  93308

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov
Form 6637 (Rev.10-2010)
Catalog Number 25000Q

on the  15th  day of  September , 2011 at  11:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  16th  day of  August , 2011

MICHAEL PAPASERGIA
Signature of issuing officer

REVENUE OFFICER
Title

Signature of approving officer *(if applicable)*

Title

EXHIBIT  A  page 1  of  3
Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

Date: 8-19-2011

Time: 2:37 PM

**How Summons Was Served**

☐ I handed an attested copy of the summons to the person to whom it was directed.

☒ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any).

228 State Hwy 58
Buttonwillow Ca. 93206

Spoke w/ TP on phone. He was in Bakersfield. Nobody at his residence. Asked I leave in his office.

Signature: [signature]

Title: Revenue Officer

**I certify that the copy of the summons served contained the required certification.**

Signature: [signature]

Title: Revenue Officer

Catalog No. 25000Q

Form **6637** (Rev. 10-2010)

EXHIBIT A page 2 of 3

Attachment 1 to Summons 6637

In the matter of **ALVARO NUNEZ**

Period information: Form 940 for the calendar period ending December 31, 2008 and Form 941 for the quarterly periods ending December 31, 2008, March 31, 2009, June 30, 2009, September 30, 2009, December 31, 2009, March 31, 2010, June 30, 2010 and September 30, 2010

EXHIBIT  A  page 3 of 3