BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
Eastern District of California
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Petitioner United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Petitioner,<br><br>      v.<br><br>ALVARO NUNEZ, sole proprietor,<br>dba BUTTONWILLOW TIRE,<br><br>            Respondent. | 1:12-cv-00729-AWI-MJS<br><br>**PETITIONER'S NOTICE OF COMPLIANCE; ORDER CLOSING FILE**<br><br>**TAXPAYER:**<br>**ALVARO NUNEZ, Sole Proprietor,**<br>**dba BUTTONWILLOW TIRE** |

TO THIS HONORABLE COURT:

  PLEASE TAKE NOTICE that in petitioner's view, respondent has sufficiently complied with the summons to be enforced here.  The case can and should be closed.

Date:  September 13, 2012                BENJAMIN B. WAGNER
                                         United States Attorney

                                   By:   */s/ YHimel*
                                         YOSHINORI H. T. HIMEL
                                         Assistant United States Attorney

**Petitioner's Notice of Compliance;                                            1**
**Order Closing File**

# **ORDER**

Upon Petitioner's notice of compliance and recommendation, the Clerk shall close this file.

IT IS SO ORDERED.

Dated: __September 13, 2012__      _____
                                   CHIEF UNITED STATES DISTRICT JUDGE